# EXHIBIT B



LuAnn's Cupcakes

- Home page
- Dessert Inspired
- All About Chocolate
- Traditional Flavors
- Citrus
- About us

# Traditional Flavors

**Forget Me Not Carrot Cake**
With Cream Cheese Frosting
(without nuts or raisins)

**Traditional Red Velvet Cake**
With Chocolate Chips
& White Chocolate Frosting

**Deer Valley Chocolate Truffle**
With Chocolate Candy Bar Frosting
(With Reese's or Dark Chocolate Toppings)

**Tiffany Jewels**
Magnolia Vanilla Cupcake
With Tiffany Cream Cheese Frosting
& Edible Jewels

**The Crystal Cupcake**
Vanilla Cake with Sparkling Sugar Crystals
& Cream Cheese Frosting

**Pumpkin Spice**
With Caramel Cream Cheese Frosting

LuAnn's Cupcakes © 2009. All rights reserved.