# EXHIBIT C

# Utah Loves Cupcakes

## i love utah. i love cupcakes.

- Home
- About
- Events
- Links
- Media
- UT Ingredients
- Utah Cupcake Locations

### Cupcakes in Park City! {LuAnn's Cupcakes}

*7 rate this post*

Did you know Park City has gourmet cupcakes? What the! How did I not know this by now?



LuAnn's Cupcakes in Park City are available for delivery (801.688.7468) or you can pick them up at The Market (formerly Dan's) right in Park City. You will find the dozen boxes in the bakery by the cakes or the six-packs in the deli cooler by the gourmet cheeses.

You can also order your favorite flavor from the bakery and they will have them waiting for you. They are all mini cupcakes and look pretty good!Price: $15 per dozen with a 2 dozen minimum order ( 1 dozen per flavor)

Check out their menu on their Web site www.LuAnnsCupcakes.com.

*ps…anyone notice how freakishly alike they look to our beloved Mini's Cupcakes flavor, Breakfast at Tiffany's?*

**Possibly related posts: (automatically generated)**

- **Guinness Cupcakes for St. Patrick's Day by Mini's Cupcakes**
- **FREE Delivery – Mother's Day Cupcakes from Cupcake Chic**
- **Mother's Day Cupcakes – Specials & Promos**

www.houseofbread.com

### Corner Bakery Cafe
Grand Opening in SouthGlenn Breakfast Lunch Dinner!
www.CornerBakeryCafe.com

### Park City Real Estate
Park City & Deer Valley Real Estate Utah Condos & Homes for sale.
FineProperty.com

April 12, 2010 - Posted by beckyols | Uncategorized | LuAnn's Cupcakes, mini cupcakes, Park City | 4 Comments

## 4 Comments »

1. I wish IN could get so lucky as to have a cupcake bakery only! Sure we have a lot of bakeries but it's not the same as an all cupcakes place would be.

   *Comment by barb | April 12, 2010*

2. These cupcakes are to die for. They are perfect bite size treats. The Banana's Foster is SO good!

   *Comment by Jace | April 12, 2010*

3. When cupcakes are copied it is the highest form of flattery. I only wish they did not look exactly like mine because I have an outlet in Park City, Sugarbuzz, that sells my cupcakes and many people have been confused that those are my cupcakes and they do not taste the same. But oh well…
   Leslie Fiet
   Owner/Baker
   Mini's Cupcakes

   *Comment by Leslie Fiet | April 14, 2010*

4. I apologize. It was not my intent to make anyone think they were someone else's cupcakes.

   *Comment by LuAnn Lukenbach | April 21, 2010*

## Leave a comment

Name (required)

E-mail(required)

Website