# EXHIBIT D



Romaine C. Marshall
Phone 801.799.5922
rcmarshall@hollandhart.com

20 April 2010

**VIA PROCESS-SERVER**

LuAnn Lukenbach
Registered Agent
LUANN'S CUPCAKES, INC.
695 Summit Drive
Park City, UT 84098

   ***Re: Infringement of Mini's Cupcakes' Trade Dress***

Dear Ms. Lukenbach:

   HOLLAND & HART LLP represents MINI'S CUPCAKES ("Mini's").

   As you are undoubtedly aware, Mini's bakes, sells and distributes specialty cupcakes including "Breakfast at Tiffany's," a cupcake which incorporates a distinctive design that features vanilla cake, blue cream cheese frosting, and silver and white gems. In combination, these features create a distinctive and unique appearance. Consumers as well as retailers recognize Breakfast at Tiffany's inherently distinctive trade dress and associate it exclusively with Mini's.

   Mini's has learned that your company, LuAnn's Cupcake's, Inc. ("LuAnn's") is selling its own Breakfast at Tiffany's cupcake (*see, e.g.*, http://www.luann'scupcakes.com showing on its homepage a cupcake called "Tiffany Jewels" that can only be described as a knock-off of Breakfast at Tiffany's distinctive and well-known trade dress). Tiffany Jewels is a copy of the overall design of Breakfast at Tiffany's, including the blue cream cheese frosting, and silver and white gems, all of which have the identical dimensions.

   A side-by-side comparison of pictures of the respective products (see next page) evidences the manifest copying of Breakfast at Tiffany's (on the left) into the Tiffany Jewels cupcake (on the right), as described above:

**Holland & Hart LLP Attorneys at Law**

Phone (801) 799-5800   Fax (801) 799-5700   www.hollandhart.com

60 E. South Temple  Suite 2000  Salt Lake City, Utah 84111-1031

Aspen Billings Boise Boulder Carson City Cheyenne Colorado Springs Denver Denver Tech Center Jackson Hole Las Vegas Reno Salt Lake City Santa Fe Washington, D.C.



20 April 2010
Page 2





Given the uncanny similarities between the appearance of Breakfast at Tiffany's and Tiffany Jewels, there can be no question that LuAnn's intentionally copied Mini's trade dress in an attempt to capitalize on its goodwill, create consumer confusion, or to deceive consumers. As such, LuAnn's deliberate copying of Mini's trade dress constitutes willful infringement and unfair competition in violation of federal and state law, entitling Mini's to injunctive relief, enhanced damages, and an award of attorney's fees.

LuAnn's infringement of Mini's Breakfast at Tiffany's has already caused consumer confusion and no longer can be tolerated. Mini's therefore demands that LuAnn's provide written assurances by no later than **April 28, 2010**, that it will take the following measures immediately:

1. Provide Mini's a written statement that LuAnn's will immediately cease all acts of making, using, offering for sale, and/or selling the infringing Tiffany Jewels cupcake, and any other product that infringes Mini's trade dress;

2. Provide Mini's a written statement confirming that LuAnn's has ceased all advertising that uses the current Tiffany Jewels cupcake or any substantially similar design, and confirm in writing that LuAnn's will no longer use Mini's Breakfast at Tiffany's design or any substantially similar design in the future in connection with its marketing activities;

3. Provide Mini's a written statement confirming that LuAnn's has removed all references to the Tiffany Jewels cupcake in its current design from its website and elsewhere;



20 April 2010
Page 3

    4.     Provide Mini's a written confirmation that LuAnn's has removed existing inventory of the infringing Tiffany Jewels cupcakes wherever they are being sold and all advertising materials showing the infringing Tiffany Jewels cupcake;

    5.     Provide Mini's a written agreement not to use the current Tiffany Jewels cupcake design or any other designs confusingly similar thereto for any future products or advertising; and

    6.     Identify in writing all individuals and businesses that are in the chain of distribution of the infringing Tiffany Jewels cupcake, including without limitation, any wholesale or retail distributors, and any buyers or purchasers of the infringing Tiffany Jewels cupcake.

Compliance with all of the above should be directed to me. If I do not receive such compliance by **April 28, 2010**, I have been authorized to initiate legal action against LuAnn's without further notice. Mini's reserves all rights to seek legal and equitable redress in the event LuAnn's fails to comply with these demands, including legal action for immediate injunctive relief, monetary damages, and attorneys' fees. In the meantime, you or your counsel should feel free to contact me to expedite the resolution of this matter.

                                      Yours sincerely,

                                      Romaine C. Marshall

RCM/lcp
cc:    Leslie Fiet (Mini's)
        Cecilia M. Romero (Holland & Hart)

4792324_1.DOC